UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MOISES SANCHEZ, *individually and on behalf of others similarly situated*,

                              *Plaintiff,*

                        -against-

PICK AND EAT 2, INC., and JORGE ALEXANDER PERALTA, jointly and severally,

                            *Defendants.*
-------------------------------------------------------------------X

Case No.1:16-cv-3719-GBD

STIPULATION TO ACCEPT SERVICE OF COMPLAINT AND EXTEND TIME TO RESPOND TO COMPLAINT

       IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their undersigned counsel, that the Law Offices of Martin E. Restituyo, P.C. accepts service of the summons and complaint in this action and waives any defects of service on behalf of defendants Pick and Eat 2, Inc., and Jorge Alexander Peralta.

       IT IS FURTHER STIPULATED AND AGREED that defendants Pick and Eat 2, Inc., and Jorge Alexander Peralta shall have until July 15, 2016, to answer or otherwise move with respect to the complaint.

Dated: New York, New York
       June 21, 2016

| | |
|---|---|
| John Gurrieri, Esq. | Martin E. Restituyo, Esq. |
| The Law Office of Justin A Zeller, P.C. | Law Offices of Martin E. Restituyo, P.C. |
| 277 Broadway, Suite 408 | 1345 Avenue of the Americas, 2nd Floor |
| New York, New York 10007 | New York, New York 10105 |
| jmgurrieri@zellerlegal.com | restituyo@restituyolaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |