UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOISES SANCHEZ, individually and in behalf of all other persons similarly situated,<br><br>                      Plaintiff,<br><br>                      –against–<br><br>PICK AND EAT 2, INC., and JORGE ALEXANDER PERALTA, jointly and severally,<br><br>                      Defendants. | 16 CV 3719 (GBD) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that this action is voluntarily dismissed without prejudice against the defendants.

                                        LAW OFFICE OF JUSTIN A. ZELLER, P.C.

                                        By: _____
                                        John M. Gurrieri
                                        jmgurrieri@zellerlegal.com
                                        Brandon D. Sherr
                                        bsherr@zellerlegal.com
                                        Justin A. Zeller
                                        jazeller@zellerlegal.com
                                        277 Broadway, Suite 408
                                        New York, N.Y. 10007-2036
                                        Telephone: (212) 229-2249
Dated:  New York, New York         Facsimile: (212) 229-2246
         September 19, 2016            **ATTORNEYS FOR PLAINTIFF**

1